# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2023

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

    Re: John Holden
        v. United States
        No. 23-5726
        (Your No. 22-3160)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 3, 2023 and placed on the docket October 6, 2023 as No. 23-5726.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst